UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

KEVIN KENDELL BOONE,

      Plaintiff,

v.

UNKNOWN GRANT et al.,

      Defendants.

_____/

Case No. 2:19-cv-97

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: June 12, 2019            /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge